■ TIDY HOUSE PAPER CORP. OF N. Y., Respondent, v. DAVID ADLMAN et al., Appellants.— In an action to recover a chattel brought by a close corporation, at the instance of its president, against the vice-president and others, the appeal is from an order denying appellants' motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, without costs. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ EDWARD TYMON, Appellant, v. DUTCHESS HOLDING CORP., Respondent. — In an action by a vendee for specific performance of a contract for the sale of real property, with an abatement in the purchase price, the appeal is from so much of a judgment entered after trial as dismissed the complaint. The abatement was based on a claim that there was a deficiency of about 600 square feet in the property which, according to the contract, was to contain 91,775 square feet. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1956

### (November 13, 1956)*

■ In the Matter of SEABERG ELEVATOR CO., INC., Petitioner, against LOUIS L. FRIEDMAN, Justice of the Supreme Court, State of New York, County of Kings, Respondent.— Application to dismiss petition granted, with $25 costs and disbursements. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1957

### (February 11, 1957)*

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CELIA GOLDENG, Also Known as CLARA CELIA GOLDEN, Appellant, against JOHN F. McNEILL, as Director of Matteawan State Hospital, Respondent.— Motion for change of venue denied. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.

## THIRD DEPARTMENT, JUNE, 1957

### (June 13, 1957)

■ In the Matter of the Claim of HARRY ALBEE, Appellant, against BUFFALO EVENING NEWS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of GEORGE B. BRADISH, as Franklin County Clerk.— Application to destroy certain papers pursuant to section 89 of the Judiciary Law. Application granted. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

*Not published with other decisions of Nov. 13, 1956, 2 A D 2d 892 and Feb. 11, 1957, 3 A D 2d 714.—[REP.